IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN WILSON                                                              PLAINTIFF

v.                              No. 2:22-cv-60-DPM

CLEARWATER PAPER CORPORATION                        DEFENDANT

JUDGMENT

Wilson's complaint is dismissed with prejudice.

_____
W.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

26 April 2024