IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN WILSON**                                                                 **PLAINTIFF**

v.                              No. 2:22-cv-60-DPM

**CLEARWATER PAPER CORPORATION**                          **DEFENDANT**

ORDER

Clearwater's opposed motion for $1,402.95 in deposition-related costs, *Doc. 41*, is granted. Fed. R. Civ. P. 54(d)(1). Clearwater prevailed, which creates a presumptive entitlement to costs. *Concord Boat Corp. v. Brunswick Corp.*, 309 F.3d 494, 498 (8th Cir. 2002). Wilson argues that costs should not be assessed against unsuccessful civil rights plaintiffs. That argument lacks merit. *Poe v. John Deere Co.*, 695 F.2d 1103, 1108 (8th Cir. 1982). The Court gave Wilson time to supplement the record about his ability to pay. *Doc. 43*. He didn't. As the record stands, the presumption controls. Wilson hasn't shown that awarding costs to Clearwater would be inequitable. The Court therefore awards Clearwater $1,402.95 in costs due from Wilson.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2024